UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALVA HAWKINS,

        Plaintiff,

v.                                        Case No:   6:14-cv-1375-Orl-40TBS

MSE2, INC.,

        Defendant.
_____

**ORDER**

This cause is before the Court on Joint Motion for Approval of Settlement (Doc. 17) filed on October 29, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed November 12, 2014 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Joint Motion for Approval of Settlement (Doc. 17) is hereby **GRANTED** and the parties' settlement agreement is **APPROVED** with the modifications agreed to on the record in open court on November 5, 2014 and outlined in the Report and Recommendation.

3.     This case is **DISMISSED WITH PREJUDICE**.

4.     Any pending motions are **DENIED** as moot.

5.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on December 3, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties